**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )          Case No. 2:14-cr-04055-SRB |
| | ) |
| RYAN MICHAEL MOBERG, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant's Motion to Suppress be denied. (Doc. #41). Defendant filed his Objections to the Report and Recommendation (Doc. #43) asking the Court to find that probable cause did not exist for issuance of a search warrant and to suppress evidence seized as a result of the search in question.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections, (Doc. #43), and ADOPTS Judge Whitworth's Report and Recommendation, (Doc. #41). Defendant's Motion to Suppress (Doc. #32) is DENIED.


**IT IS SO ORDERED.**

DATED: <u>March 31, 2016</u>                    <u>/s/ Stephen R. Bough</u>
                                                                    JUDGE STEPHEN R. BOUGH
                                                                    UNITED STATES DISTRICT COURT